| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lange, Roberto A. | 2. Court or Organization<br><br>District of South Dakota | 3. Date of Report<br><br>08/21/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Suite 413
225 S. Pierre Street
Pierre, SD 57501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ▨ Lange LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.      Lange LLC | | None | L | W | | | | | |
| 2.   New York Life universal policy from 1992 | A | Dividend | K | T | | | | | |
| 3.   New York Life universal policy from 1995 | A | Dividend | K | T | | | | | |
| 4.   First Bank & Trust account | A | Interest | K | T | | | | | |
| 5.   Merrill Lynch IRA brokerage account | | | | | | | | | |
| 6.   --American Century (ACITX) | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 7.   ----(ACITX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 8.   ----(ACITX continued) | | | | | Sold (part) | 07/26/13 | J | C | |
| 9.   ----(ACITX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 10.  ----(ACITX continued) | | | | | Buy (add'l) | 11/26/13 | J | | |
| 11.  --BlackRock Eq Div (MADVX) | B | Dividend | L | T | Sold (part) | 01/08/13 | J | D | |
| 12.  ----(MADVX continued) | | | | | Sold (part) | 05/24/13 | J | B | |
| 13.  ----(MADVX continued) | | | | | Sold (part) | 07/26/13 | J | B | |
| 14.  ----(MADVX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 15.  ----(MADVX continued) | | | | | Sold (part) | 11/26/13 | J | A | |
| 16.  --Cohen & Steers Realty (CSRSX) | B | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 17.  ----(CSRSX continued) | | | | | Sold (part) | 05/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----(CSRSX continued) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 19. ----(CSRSX continued) | | | | | Buy (add'l) | 09/05/13 | J | | |
| 20. ----(CRSRX continued) | | | | | Buy (add'l) | 11/26/13 | J | | |
| 21. --Dreyfus Appreciation (DGAGX) | A | Dividend | K | T | Buy (add'l) | 01/08/13 | J | | |
| 22. ----(DGAGX continued) | | | | | Sold (part) | 05/24/13 | J | A | |
| 23. ----(DGAGX continued) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 24. ----(DGAGX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 25. --Eagle Small Cap (HSIIX) | | | | | Sold | 01/08/13 | J | D | |
| 26. --Harbor International (HAINX) | | | | | Sold | 01/08/13 | K | E | |
| 27. --Lazard Emerging (LZEMX) | A | Dividend | K | T | Buy (add'l) | 01/08/13 | J | | |
| 28. ----(LXEMX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 29. ----(LXEMX continued) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 30. ----(LXEMX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 31. ----(LXEMX continued) | | | | | Sold (part) | 11/26/13 | J | C | |
| 32. --First Eagle Gold (FEGIX) | | | | | Buy (add'l) | 01/08/13 | J | | |
| 33. ----(FEGIX continued) | | | | | Sold | 05/24/13 | J | D | |
| 34. --Mainstay Lg Cap (MLAIX) | C | Dividend | L | T | Buy (add'l) | 01/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----(MLAIX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 36. ----(MLAIX continued) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 37. ----(MLAIX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 38. ----(MLAIX continued) | | | | | Sold (part) | 11/26/13 | J | C | |
| 39. --MFS Bond (MRBIX) | A | Dividend | J | T | Sold (part) | 01/08/13 | J | D | |
| 40. ----(MRBIX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 41. ----(MRBIX continued) | | | | | Sold (part) | 07/26/13 | J | C | |
| 42. ----(MRBIX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 43. ----(MRBIX continued) | | | | | Buy (add'l) | 11/26/13 | J | | |
| 44. --Neuberger High Inc (NHILX) | B | Dividend | K | T | Sold (part) | 01/08/13 | J | C | |
| 45. ----(NHILX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 46. ----(NHILX continued) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 47. ----(NHILX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 48. --Oppenheimer Rising Div Y (OYRDX) | D | Dividend | K | T | Sold (part) | 01/08/13 | J | A | |
| 49. ----(OYRDX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 50. ----(OYRDX continued) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 51. ----(OYRDX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ----(OYRDX continued) | | | | | Sold (part) | 11/26/13 | J | C | |
| 53. --Principal Preferred SEC (PPSPX) | B | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 54. ----(PPSPX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 55. ----(PPSPX continued) | | | | | Sold (part) | 07/26/13 | J | D | |
| 56. ----(PPSPX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 57. ----(PPSPX continued) | | | | | Buy (add'l) | 11/26/13 | J | | |
| 58. --TCW Total Return (TGLMX) | A | Dividend | J | T | Sold (part) | 01/08/13 | J | E | |
| 59. ----(TGLMX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 60. ----(TGLMX continued) | | | | | Sold (part) | 07/26/13 | J | C | |
| 61. ----(TGLMX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 62. --MFS Emerging Markets (MEDIX) | A | Dividend | J | T | Buy | 10/21/13 | J | | |
| 63. ----(MEDIX continued) | | | | | Buy (add'l) | 11/26/13 | J | | |
| 64. --Oakmark Internat'l Fund (OAKIX) | B | Dividend | K | T | Buy | 01/08/13 | K | | |
| 65. ----(OAKIX continued) | | | | | Sold (part) | 05/24/13 | J | B | |
| 66. ----(OAKIX continued) | | | | | Sold (part) | 07/26/13 | J | C | |
| 67. ----(OAKIX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 68. ----(OAKIX continued) | | | | | Buy (add'l) | 11/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --John Hancock VF Class (JCVIX) | A | Dividend | K | T | Buy | 01/08/13 | K | | |
| 70. ----(JCVIX continued) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 71. ----(JCVIX continued) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 72. ----(JCVIX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 73. ----(JCVIX continued) | | | | | Sold (part) | 11/26/13 | J | A | |
| 74. --Leg Mason ClearBridge Sm Cap (SBYPX) | A | Dividend | J | T | Buy | 01/08/13 | J | | |
| 75. ----(SBYPX continued) | | | | | Sold (part) | 05/24/13 | J | A | |
| 76. ----(SBYPX continued) | | | | | Sold (part) | 07/26/13 | J | B | |
| 77. ----(SBYPX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 78. --Dreyfus Emerging Mkts (DDBIX) | A | Dividend | | | Buy | 05/24/13 | J | | |
| 79. ----(DDBIX continued) | | | | | Buy (add'l) | 07/24/13 | J | | |
| 80. ----(DDBIX continued) | | | | | Buy (add'l) | 09/09/13 | J | | |
| 81. ----(DDBIX continued) | | | | | Sold | 10/21/13 | J | D | |
| 82. Merrill Lynch IRA lower risk acct (consolidated in 2013 with IRA) | | | | | | | | | |
| 83. --Pimco Total Return (PTTAX) (Y) | A | Dividend | | | Sold | 09/09/13 | J | A | |
| 84. Merrill Lynch tax free bond acct (reconstituted in 2013; see notes) | | | | | | | | | |
| 85. --BlackRock Muni Enhanced (MEN) | A | Dividend | | | Sold | 09/09/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Eaton Vance Natl Muni (EOT) | B | Dividend | | | Sold | 09/09/13 | K | | |
| 87. --Invesco Van Kampen Muni (VKI) | B | Dividend | | | Sold | 09/09/13 | K | | |
| 88. --Nuveen Ins Prem Inc 2 (NPX) (n/ka/ Nuveen Ins Tax Fr (NEA)) | A | Dividend | | | Sold | 09/09/13 | K | | |
| 89. --BlackRock Muni Qlty (MYI) | B | Dividend | | | Sold | 09/09/13 | K | | |
| 90. --BlackRock Muni Qual (MQY) | B | Dividend | | | Sold | 09/09/13 | K | | |
| 91. --BlackRock Muni Inter Dur (MUI) | B | Dividend | | | Sold | 09/09/13 | K | | |
| 92. --Oppenheimer Senior Class C (OOSCX) | A | Dividend | K | T | Buy | 09/27/13 | K | | |
| 93. --Loomis Sayles Strategic (NECZX) | A | Dividend | K | T | Buy | 09/27/13 | K | | |
| 94. Merrill Lynch checking account | A | Interest | | | Closed | 09/09/13 | J | | |
| 95. Children's Current 529 Plans (Y)(absolutely no control; see footnote) | | | | | | | | | |
| 96. --Scholar's Choice 529-child 1 (Y) Age-Based Option: Age 16-18 Class A | A | Dividend | K | T | | | | | |
| 97. --Scholar's Choice 529--child 2 (Y)Age-Based Option: Age 13-15 Class A | A | Dividend | K | T | | | | | |
| 98. --Scholar's Choice 529--child 3 (Y)Age-Based Option: Age 10-12Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line items 5 through 81 of Part VII are part of one Merrill Lynch account that is an Individual Retirement Account ("IRA"). That IRA account was opened in late 2009 and funded at the inception of 2010 with monies from liquidation of Judge Lange's 401(k) account from his previous employment with Davenport Evans Hurwitz & Smith LLP ("DEHS").

Line items 82 and 83 of Part VII refer to part of the Merrill Lynch IRA account originating from the 401(k) from Judge Lange's previous employment with DEHS. Between November 16, 2010, and September 9, 2013, Judge Lange placed certain IRA funds into a more conservative fund. After September 9, 2013, the IRA funds originating from Judge Lange's prior employment with DEHS were reunited into a single Merrill Lynch IRA account covered by lines 5 through 77 of Part VII.

Line items 84 through 91 of Part VII were part of a Merrill Lynch tax free bond portfolio that Judge Lange opened on July 25, 2011, with proceeds from the sale in 2011 of his interest _____ Lincoln County, South Dakota. Line 94 was an account for the dividends generated by the tax free bond portfolio. With that account losing value in 2013, Judge Lange in September of 2013 decided to liquidate the tax free bond account, pay off _____ direct the remaining monies into the two investments listed in lines 92 and 93, and to close the account that is listed in line 94.

The investment listed in line 88 was known as Nuveen Ins. Prem. Inc. 2 (NPX) at the start of 2013, apparently was acquired by a sister entity Nuveen Ins. Tax Fr. Advntg. (NEA), and was sold in full out of Judge Lange's investment portfolio by Merrill Lynch in 2013 as disclosed.

Line items 95 through 98 of Part VII disclose the 529 college savings plans in existence since 2004 for the benefit of Judge Lange's _____. Judge Lange originally opened these at Merrill Lynch, but they later were moved to Scholar's Choice without Judge Lange's involvement. The custodian on the account and the account owner is not Judge Lange, but the _____. Disclosure of the 529 Plans was overlooked prior to the disclosure for 2011. The original 529 Plans were replaced through transactions on April 9 and 13, 2012, establishing new 529 Plans with the same funds. Judge Lange has no investment control over his children's 529 Plans at all. He is neither the custodian nor account owner. It appears that disclosure of these does not even need to be made. It is hoped that the additional disclosure as to the full name of the current 529 Plans and the additional information contained in this note responds appropriately to the inquiry seeking disclosure of each transaction that occurred in these accounts from the committee dated August 6, 2014

In the Financial Disclosure Report for 2012, in line 51 of Part VII of that 2012 report, Judge Lange disclosed that an investment in Nuveen Ins. Div. Adv. Muni (NVG) was "sold (part)" on May 10, 2012. Merrill Lynch actually sold in full that investment out of Judge Lange's investment portfolio on May 10, 2012. Thus no disclosure is made in this 2013 report for that investment because Judge Lange did not hold that investment at any time in 2013

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 08/21/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberto A. Lange**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544